NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE APPLIED MATERIALS, INC.

---

2011-1461, -1462, -1463, -1464
(Reexamination Nos. 90/010,106, 90/010,107, 90/010,108, 90/010,109)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

## ORDER

Applied Materials, Inc. moves without opposition to consolidate these four cases for briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Applied Materials, Inc.'s brief is due no later than October 13, 2011.

FOR THE COURT

**SEP 3 0 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard J. Anderson, Esq.
    Raymond T. Chen, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 3 0 2011

JAN HORBALY
CLERK